AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
## Western District of Texas

FILED
JUN 2 5 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

ISIDORO GAYTAN AND FRANCISCA GAYTAN
    Plaintiffs,

v.

UNDERWRITTERS AT LLOYD'S LONDON, SUBSCRIBING SEVERALLY TO POLICY NO. NAH05294900 & PRESTON LEE BAYLOR,
    Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: DR-15-CV-017-AM/VRG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

IT IS THEREFORE ORDERED that the Plaintiffs' claims asserted in this suit against Defendant Underwriters at Lloyd's London Subscribing Severally to Policy No. NAH05294900 and Defendant Preston Lee Baylor are hereby DISMISSED WITH PREJUDICE as set forth in the parties' motion and proposed order. Each party shall bear its own costs and fees. The joint motion to dismiss (ECF No. 18) is GRANTED as provided in this Order. IT IS FURTHER ORDERED that any other motions pending in the instant action be denied as moot (ECF Nos. 5, 13) and that a Clerk's judgment shall immediately issue.

| June 25, 2015 | Jeannette J. Clack |
|---|---|
| Date | Clerk |
| | _[signature]_ |
| | (By) Deputy Clerk |